

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00005-CR

_____

JAMES STACY SINGLETON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 09-0307X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

James Stacy Singleton appeals from his jury conviction of burglary of a habitation.   TEX. PENAL CODE ANN. § 30.02 (Vernon 2003).   Singleton pled "true" to the enhancement allegation and was sentenced to thirty years' imprisonment.   Singleton was represented by appointed counsel at trial and on appeal.   Singleton's attorney has filed a brief in which he concludes that the appeal is frivolous and without merit, after a review of the record and the related law.

Counsel states that he has studied the record and finds no error preserved for appeal that could be successfully argued.   The brief contains a professional evaluation of the record and advances two arguable grounds for review.   This meets the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978).

Counsel mailed a copy of the brief to Singleton March 12, 2010, informing Singleton of his right to examine the entire appellate record and to file a pro se response.   Counsel simultaneously filed a motion with this Court seeking to withdraw as counsel in this appeal.   Singleton has neither filed a pro se response, nor has he requested an extension of time in which to file such response.

We have determined that this appeal is wholly frivolous.   We have independently reviewed the clerk's record and the reporter's record, and we agree that no arguable issues support an appeal.   *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).   In a frivolous

appeal situation, we are to determine whether the appeal is without merit and is frivolous, and if so,

the appeal must be dismissed or affirmed.  *See Anders*, 386 U.S. 738.

        We affirm the judgment of the trial court.[1]


                                        Josh R. Morriss, III
                                        Chief Justice

Date Submitted:      May 17, 2010
Date Decided:        May 18, 2010

Do Not Publish

---

[1]Since we agree this case presents no reversible error, we also, in accordance with *Anders*, grant counsel's request to withdraw from further representation of Singleton in this case.  No substitute counsel will be appointed.  Should Singleton wish to seek further review of this case by the Texas Court of Criminal Appeals, Singleton must either retain an attorney to file a petition for discretionary review or Singleton must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that was overruled by this Court.  *See* TEX. R. APP. P. 68.2.  Any petition for discretionary review must be filed with this Court, after which it will be forwarded to the Texas Court of Criminal Appeals along with the rest of the filings in this case.  *See* TEX. R. APP. P. 68.3.  Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 68.4.